AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

NORA PENNINGTON, on behalf of herself and all others similarly situated,

*Plaintiff*

v.

CHEVRON CORPORATION

*Defendant*

Case No.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nora Pennington - Plaintiff .

Date: 11/20/2026

/s/ Leanna Loginov

*Attorney's signature*

Leanna Loginov (Fed. No. 3909989)

*Printed name and bar number*

SHAMIS & GENTILE, P.A.
14 NE First Avenue, Suite 705
Miami, Florida 33132

*Address*

lloginov@shamisgentile.com

*E-mail address*

(305) 479-2299

*Telephone number*

(786) 623-0915

*FAX number*